IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD E. WOOD | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 06-2687 |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SSA | : | |
| Defendant | : | |

FILED
AUG 22 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

THOMAS M. GOLDEN, J.

AND NOW, this 20th day of August, 2007, upon consideration of the plaintiff's Statement of Issues in Support of Request for Review ((Doc. No. 9), defendant's Response and Motion for Summary Judgment (Doc. No. 10), and plaintiff's Reply. (Doc. No. 11) and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED IN PART AND DENIED IN PART**.

3. The Defendant's Motion for Summary Judgment (Doc. No. 10) is **DENIED**.

4. The decision of the Commissioner is **REVERSED**.

5. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

6.  The Clerk is directed to enter **JUDGEMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** and to mark this case closed for statistical purposes.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.